Kathleen C. Jeffries (State Bar No. 110362)
kjeffries@scopelitis.com
Christopher C. McNatt, Jr. (State Bar No. 174559)
cmcmatt@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
2 North Lake Avenue, Suite 560 h
Pasadena, California 91101
Telephone: (626) 795-4700
Facsimile:  (626) 795-4790

Attorneys for Defendant
ROCK-IT CARGO USA LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAGE NINE DESIGN, LLC,<br><br>            Plaintiff,<br><br>     vs.<br><br>ROCK-IT CARGO USA, LLC; VALUED FREIGHT SERVICES, LLC GLOBALTRANZ ENTERPRISES, LLC; SPN CARGO, INC.; and DOES 1 to 20, inclusive,<br><br>            Defendants. | Case No. 2:21-cv-00722-WBS-AC<br><br>STIPULATION RE DISMISSAL OF DEFENDANT ROCK-IT CARGO USA, LLC WITH PREJUDICE; AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between plaintiff Stage Nine Design, LLC ("Stage Nine") and defendant Rock-It Cargo USA LLC ("Rock-It Cargo"), acting by and through their respective counsel, that a mutual release settlement agreement has been reached between Stage Nine and Rock-It Cargo for full resolution of this action and related issues as between such parties only; that the terms of the mutual release settlement agreement are self-executing; and that

/ / /

/ / /

1

STIPULATION RE DISMISSAL OF DEFENDANT ROCK-IT CARGO USA, LLC WITH PREJUDICE; AND ORDER THEREON

1 Rock-It Cargo may now be dismissed from this action with prejudice, with each
2 party to this Stipulation to bear its own costs and attorneys' fees.

Dated: September 2, 2021        LAW OFFICES OF JEFFREY L. ARAN

                                By:   /s/ *Jeffrey L. Aran*
                                      (as authorized on September 1, 2021)
                                      Jeffrey L. Aran
                                      Attorneys for Plaintiff
                                      Stage Nine Design LLC

Dated: September 2, 2021        SCOPELITIS, GARVIN, LIGHT, HANSON
                                & FEARY, LLP

                                By:   */s/ Kathleen C. Jeffries*
                                      Kathleen C. Jeffries
                                      Attorneys for Defendant
                                      ROCK-IT CARGO USA LLC

Based upon the stipulation by and between the parties hereto, plaintiff Stage Nine Design, LLC and defendant Rock-It Cargo USA LLC, and the facts that a mutual release settlement agreement has been reached between such parties for full resolution of the above-referenced case as it pertains to Rock-It Cargo USA LLC only and that that the terms of said agreement have been satisfied through self-execution,

IT IS HEREBY ORDERED that Rock-It Cargo is dismissed from this case with prejudice, with each party to the Stipulation to bear its own costs and attorneys' fees.

Dated: September 3, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION RE DISMISSAL OF DEFENDANT ROCK-IT CARGO USA, LLC WITH
PREJUDICE; AND ORDER THEREON

4838-3636-1974, v. 1

STIPULATION RE DISMISSAL OF DEFENDANT ROCK-IT CARGO USA, LLC WITH
PREJUDICE; AND ORDER THEREON