UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| STAGE NINE DESIGN, LLC,<br><br>             Plaintiff,<br><br>     v.<br><br>VALUED FREIGHT SERVICES, LLC;<br>SPN CARGO, INC.; and DOES 1<br>to 20, inclusive,<br><br>             Defendants. | No.  2:21-cv-00722 WBS AC<br><br>ORDER REFERRING CASE TO VDRP<br>AND STAYING PROCEEDINGS |

----oo0oo----

The parties having agreed at the October 25, 2021 status conference that this case is appropriate for an early alternative dispute resolution and the court will refer the action to the court's Voluntary Dispute Resolution Program ("VDRP"), IT IS HEREBY ORDERED that:

1.   Within fourteen (14) days of this Order, the parties shall contact the court's VDRP administrator, Sujean Park, at (916) 930-4278 or SPark@caed.uscourts.gov, to start the process of selecting an appropriate neutral.  The parties have

1

indicated that engaging in VDRP in January of 2022 would be preferred. The parties shall carefully review and comply with Local Rule 271, which outlines the specifications and requirements of the VDRP.

2. The court will allow limited written discovery and the deposition of plaintiff's representative, prior to VDRP, pursuant to the discussion with the parties at the October 25, 2021 status conference. To avoid the unnecessary expenditure of costs and attorneys' fees, all other discovery in this action is hereby STAYED to provide the parties time to complete the VDRP session.

3. No later than five (5) days after completion of the VDRP session, the parties shall file a joint statement indicating whether a settlement was reached.

4. The parties shall complete the VDRP session no later than January 31, 2022. The court hereby sets another Status (Pretrial Scheduling) Conference for February 28, 2022. If a settlement is not reached through VDRP, the parties shall submit an Amended Joint Status Report no later than February 14, 2022 setting forth amended proposed deadlines and dates for this case.

IT IS SO ORDERED.

Dated: October 26, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2