UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| STAGE NINE DESIGN, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>VALUED FREIGHT SERVICES, LLC;<br>SPN CARGO, INC.; and DOES 1 to<br>20, inclusive,<br><br>    Defendants. | No. 2:21-cv-00722 WBS AC<br><br>ORDER DENYING DEFENDANT<br>VALUED FREIGHT SERVICES LLC'S<br>MOTION TO DISMISS |

----oo0oo----

Defendant Valued Freight Services moves to dismiss this action pursuant to Federal Rule of Civil Procedure 41(b) based upon plaintiff's delay in responding to discovery and the alleged incompleteness and disorganization of plaintiff's responses. (Docket No. 53.)

Dismissal under Rule 41(b) is "to be imposed only in extreme circumstances." Raiford v. Pounds, 640 F.2d 944, 945 (9th Cir. 1981).

After the court allowed limited written discovery and the deposition of plaintiff's representative prior to the parties

1

engaging in the court's Voluntary Dispute Resolution Program (Docket No. 51), defendants Valued Freight Services and SPN Cargo requested discovery.  After a short delay, plaintiff responded to the requests, but Valued Freight Services' counsel finds the responses untimely and inadequate.  (Def.'s Mot. at 1-2.)  While the court does not condone late compliance with discovery requests absent the agreement of the parties or the court's granting of an extension of time, the court does not find the delay to be so "extreme" as to warrant dismissal under Rule 41(b).  See Raiford, 640 F.2d at 945.

With regard to Valued Freight Services' argument that plaintiff's responses were incomplete and disorganized, the court did not specify the manner in which the parties should engage in discovery; rather, the court simply allowed limited discovery. (See Order Referring to VDRP ¶ 2 (Docket No. 51).)  If Valued Freight Services was dissatisfied with the responses, it was free to make an appropriate discovery motion before the magistrate judge.

IT IS THEREFORE ORDERED that defendant Value Freight Services' motion to dismiss (Docket No. 53) be, and the same hereby, is DENIED.[1]

Dated:  February 28, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff requests to defer scheduling of trial and other deadlines in this matter.  (Pl.'s Opp'n at 7 (Docket No. 56).)  The court will consider this and other scheduling requests at the status conference set for April 25, 2022.